Certificate Number: 05781-VAE-DE-041363361

Bankruptcy Case Number: 26-33450

05781-VAE-DE-041363361

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2026, at 3:33 o'clock PM PDT, Connie Tatum completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 24, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President